UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-07188-SPG-MAR | Date | February 12, 2024 |
| Title | Frederick Zariczny v. Harley Davidson, Inc. et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) NOTICE OF DISMISSAL

    Defendant filed a stipulation of dismissal, (ECF No. 26), which is effective to close the case pursuant to FRCP 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, all pending motions and hearings are vacated and taken off calendar.

:

Initials of Preparer   pg